## **CERTIFICATE OF SERVICE**

      I, Amanda I. Figueroa, hereby certify that a true and correct copy of the foregoing PLAINTIFF ROBERT FOX'S OBJECTION TO DERIVATIVE SETTLEMENT AND INTENT TO APPEAR AT FAIRNESS HEARING is being served on this date, June 25, 2007, upon all involved parties by sending a copy of the same to all counsel listed below.

| | |
|---|---|
| Matthew D. Slater, Esq.<br>Cleary, Gottlieb, Steen & Hamilton LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, District of Columbia<br>20006-1801 | William B. Federman<br>Federman & Sherwood<br>10205 North Pennsylvania Ave.<br>Oklahoma City, OK  73120 |
| Ellen Gusikoff Stewart<br>Lerach Coughlin Stoia Geller Rudman &<br>Robins, LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101 | |

/s/_____
Amanda I. Figueroa