```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

IN RE DORAL FINANCIAL CORPORATION SECURITIES
LITIGATION

This Document Relates to ALL ACTIONS, including:

05 MD 1706 (RO)

Consolidated Class Action Complaint (05-md-1706; 05-cv-4014; 05-cv-4026; 05-cv-4074; 05-cv-4077; 05-cv-4087; 05-cv-4098; 05-cv-4113; 05-cv-4141; 05-cv-4233; 05-cv-4250; 05-cv-4294; 05-cv-4413; 05-cv-4973; 05-cv-5212; 05-cv-5213; 05-cv-9298; 05-cv-9299; 05-cv-5565);

Gavov v. Levis, 05-cv-5248;

Freeborn v. Levis, 05-cv-5250;

Rosenbaum Capital, LLC v. Levis, 05-cv-5486;

Corwin v. Levis, 06-cv-7711;

Fox v. Levis, 07-cv-3252; and

Jordan v. Doral Financial Corp, 05-cv-8882.

-----------------------------------------------------------------x

### ORDER AWARDING ATTORNEYS FEES AND THE REIMBURSEMENT OF EXPENSES IN DERIVATIVE ACTION

UPON Derivative Plaintiffs' application for an award of attorneys' fees and the reimbursement of expenses in connection with the Settlement of the Derivative Action;

NOW, on the reading of the Memoranda of Law in Support of Final Approval of the Settlement and For an Award of Attorneys Fees and the Reimbursement of Expenses, the Declaration of Plaintiffs' counsel, the other papers filed in the action and the argument of counsel at the Settlement Hearing on the final approval of the Settlement, and due deliberation having been had thereon;

1

**ORDERED**, that Plaintiffs Derivative Counsel is awarded fees and expenses in the amount of $ 1,000,000 , to be paid in accordance with the Stipulation of Settlement.

Dated: July 17, 2007

_____
U.S.D.J