USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/bl

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE DORAL FINANCIAL CORP.,
SECURITIES LITIGATION                     05 MD 1706 (JSR)
                                          **JUDGMENT**
------------------------------------------------------------X

Defendant PricewaterhouseCoopers LLP ("PwC"), the last remaining defendant in this multi-district private securities fraud litigation, having moved to dismiss the Consolidated Amended Complaint, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on July 7, 2008, having rendered its Memorandum Order granting PwC's motion to dismiss, and directing the Clerk of the Court to enter final judgment dismissing the complaint with prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated July 7, 2008, PwC's motion to dismiss is granted and final judgment is entered dismissing the complaint with prejudice.

**Dated:** New York, New York
July 9, 2008

J. MICHAEL McMAHON

Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____