FILED
AUG 06 2008
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
In re DORAL FINANCIAL CORP.           :   Master Docket No. 1:05-md-01706-RO
SECURITIES LITIGATION                  :   (Civil Action No. 1:05-cv-04014-RO)
                                      :
----------------------------------------:
                                      :
This Document Relates To:             :
                                      :
    ALL ACTIONS.                      :
                                      :
---------------------------------------- x

# NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Lead Plaintiff West Virginia Investment Management Board and Plaintiffs Angel A. Burckhart and Administracion De Compensaciones Por Accidentes De Automoviles, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from the Memorandum Order dismissing the case that was entered on July 8, 2008 and the final judgment that was entered on July 9, 2008 dismissing the case.

DATED: August 6, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
MARK S. REICH

SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
JONATHAN E. BEHAR
MICHAEL F. GHOZLAND
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
ERIC A. ISAACSON
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs